VIRGILLIO
VIRGO E.A.C.
421 CNEW Street
ALLENTOWN, PA. 18102

RECEIVED
PRO SE
2023 SEP 18 PM 3:

Vs.

# 23 CV 8242

JOSE IRIZARRY D.E.A.
John WRIGHT.          PER·SE
sgt. HECTOR LOpEZ     N.Y.P.D.


ORDER IN the COURT

AND to the FRONT LIEN of oqueSTION'S

SORRY for the LOST of MR. WRIGHT, John.
for the deepist RegREPt.
I TOLD PORPER to STOP DRINKING, and
dRUGING MAKES 90~ meeting in 90 DAYS
AND the obsession will Be RELIVEd
PLEASE he called mE A foolL. GOD,
AND Now for his LAST CALL'S.
REST. IN, PEACE.

VIRGILLIO VIRGO

Vs.

JOSE, IRIZARRY
Sgt HECTOR LOPEZ
John WRight


GOD
BE
my
WITNESS

PLEASE BE mine
for my SOUL to be
my Soul to Rest
UPON'S YOUR BUSUM

GOD.,

LAYD to Rest AS my SouL iN
HEAVEN GOD.
   vista DETENTiON'S CENTERS
SANDIAGO, SA. CALAPES AN taking
to HEAVEN  REST iN PEACE
                    Virgillio Virgo

VIRGILIO
E.A.C. VIRGILIO
421 - CHEW Street
ALLENTOWN, PA 18102

CLERK of court
U.S. District Court
500 Perl Street
NEW YORK, N.Y. 10007

RECEIVED
SEP 15 2023
CLERK'S OFFICE
S.D.N.Y.

2023 SEP 18 PM 3:33
RECEIVED
SDNY PRO SE OFFICE

JSM P³
SDNY

09/12/2023
US POSTAGE $000.63

ZIP 19611